**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOSH HAYNES
ADC #139661                                                                                    PLAINTIFF

V.                              CASE NO. 4:15-CV-268 SWW/BD

C. EDWARDS, et al.                                                                          DEFENDANTS

**ORDER**

Josh Haynes, a White County Detention Facility ("Detention Facility") inmate, filed this lawsuit pro se alleging that his constitutional rights have been violated since he has been housed at the Detention Facility. Mr. Haynes's complaint is flawed for two reasons.

First, in his complaint, Mr. Haynes notes that he has another civil lawsuit pending in this Court. *Haynes v. White County Detention Center*, E.D. Ark. Case No. 4:15cv196 ("*Haynes I*"). Based on a review of the papers filed in *Haynes I*, it appears that many of the claims raised in this lawsuit are duplicative of those raised in *Haynes I*. Mr. Haynes is prohibited from bringing the same claims in two lawsuits.

Second, although Mr. Haynes identifies seven individuals as Defendants, he fails to explain how each of these Defendants violated his constitutional rights and caused him to suffer injury.

Accordingly, Mr. Haynes will have an opportunity to cure the defects identified by the Court. Mr. Haynes has thirty days to file an amended complaint asserting only <u>one</u> constitutional claim. Mr. Haynes should clearly state how each named Defendant

violated that constitutional right and caused him to suffer injury.  His failure to comply with this Court's order could result in the dismissal of his claims.  Local Rule 5.5.

   IT IS SO ORDERED, this 12th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE