IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSH HAYNES
ADC #139661                                                                                         PLAINTIFF

V.                              CASE NO. 4:15-CV-268 SWW/BD

C. EDWARDS, et al.                                                                              DEFENDANTS

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to United States District Judge Susan Webber. Any party may file written objections to this Recommendation. If objections are filed, they must be specific and must include the factual or legal basis for your objection. Objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**    **Discussion:**

Josh Haynes, formerly a White County Detention Facility ("Detention Facility") inmate, filed this lawsuit pro se alleging that his constitutional rights were violated while he was housed at the Detention Facility. (Docket entry #2) Mr. Haynes's complaint was flawed for two reasons. First, in his complaint, Mr. Haynes noted that he has another civil lawsuit pending in this Court. *Haynes v. White County Detention Center*, E.D. Ark.

Case No. 4:15cv196 ("*Haynes I*"). Based on a review of the papers filed in *Haynes I*, it appears that many of the claims raised in this lawsuit are duplicative of those raised in *Haynes I*. Mr. Haynes is prohibited from bringing the same claims in both lawsuits. Second, although Mr. Haynes named seven individuals as Defendants, he failed to explain how each violated his constitutional rights and caused him to suffer injury.

The Court gave Mr. Haynes an opportunity to cure the defects in his complaint. (#4) Mr. Haynes was given thirty days to file an amended complaint. Mr. Haynes was specifically cautioned that his failure to comply with the Court's Order could result in the dismissal of his claims. As of this date, Mr. Haynes has not complied with the Court's May 12, 2015 Order.

### III.   Conclusion:

The Court recommends that Mr. Haynes's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 12, 2015 Order.

DATED this 15th day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE