**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JOSH HAYNES
ADC #139661**                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 4:15-CV-268 SWW/BD**

**C. EDWARDS, et al.**                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by

Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review

of the Recommendation, the Court concludes that the Recommendation should be, and

hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Haynes's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 7th day of July 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE