**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JOSH HAYNES**
**ADC #139661**                                                                                            **PLAINTIFF**

**V.**                            **CASE NO. 4:15-CV-268 SWW/BD**

**C. EDWARDS, et al.**                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 7th day of July 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE